UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 2, 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| | ) | GRAND JURY ORIGINAL |
| v. | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| HELY MEJIA MENDOZA, | ) | 18 U.S.C. § 1203(a) |
| also known as Eli Mejia Mendoza, | ) | (Conspiracy to Commit Hostage |
| also known as Martin Sombra, | ) | Taking) |
| | ) | |
| Defendant. | ) | 18 U.S.C. §§ 1203(a), 2 |
| | ) | (Hostage Taking; Aiding and |
| | ) | Abetting and Causing an Act to be |
| | ) | Done ) |
| | ) | |
| | ) | 18 U.S.C. §§ 924(c), 2 |
| | ) | (Using and Carrying a Firearm |
| | ) | During a Crime of Violence; |
| | ) | Aiding and Abetting and Causing |
| | ) | an Act to be Done ) |
| | ) | |
| | ) | 18 U.S.C. § 2339A |
| | ) | (Providing Material Support to |
| | ) | Terrorists) |
| | ) | |
| | ) | 18 U.S.C. § 2339B |
| | ) | (Providing Material Support or |
| | ) | Resources to a Designated Foreign |
| | ) | Terrorist Organization) |

# INDICTMENT

The Grand Jury Charges that:

## COUNT ONE

### CONSPIRACY TO COMMIT HOSTAGE-TAKING

At all times relevant to this Indictment:

**A. Background**

1. The Revolutionary Armed Forces of Colombia – an English translation of the Spanish name of the group "Fuerzas Armadas Revolucionarias de Colombia" (commonly known as and referred to hereinafter as the "FARC") – is an armed and violent organization in the Republic of Colombia.

2. The FARC is, and has been since its inception in 1964, engaged an armed conflict to overthrow the government of the Republic of Colombia, South America's longest standing, democratically elected government. The FARC seeks to destabilize all levels of the Colombian government by means of violence, including murders and hostage-takings, threats of violence, and other terrorist-related activities.

3. The FARC controls large areas of land in remote regions of Colombia, primarily where coca is grown and cocaine is processed. The FARC has devolved into the world's largest supplier of cocaine and cocaine paste, and is heavily dependent on the cocaine trade to finance its terrorist activities.

4. The FARC has consistently used hostage-taking as a primary technique in extorting their demands from the Republic of Colombia. The use of this technique has been endorsed and commanded by the FARC senior leadership.

5. Since its inception, the FARC has been strongly anti-American, characterizing American citizens as "military targets." It has engaged in violent acts against Americans in

Colombia, including murders, hostage-takings and the destruction of property.

6. The FARC is a designated foreign terrorist organization, having been so designated pursuant to Title 8, United States Code, Section 1189, by the Secretary of State of the United States, initially on October 8, 1997, and most recently on October 11, 2005. As a result of this designation, it is unlawful for persons subject to the jurisdiction of the United States to provide material support and resources to the FARC.

7  Defendant **HELY MEJIA MENDOZA,** also known as **Eli Mejia Mendoza**, also known as **Martin Sombra** (hereinafter referred to as **"MARTIN SOMBRA"**), was among the 43 men that founded the FARC in 1964, and was a senior leader of the organization for over 40 years. He personally organized and commanded many FARC Fronts, served as the organization's treasurer and representative, and trained hundreds of other FARC members in guerrilla tactics.

**B. Victims of the February 2003 Hostage Taking and Murder**

8. Thomas R. Howes is a United States national and citizen. He was a pilot for California Microwave Systems, a division of Northrup Grumman Electronic Systems, an American company assisting the Colombian government in counter-drug work in the Republic of Colombia.

9. Keith D. Stansell is a United States national and citizen. He was a systems analyst for California Microwave Systems.

10. Marc D. Gonsalves is a United States national and citizen. He was a systems analyst for California Microwave Systems.

11. Thomas J. Janis was a United States national and citizen. He was a pilot for California Microwave Systems.

12. Sergeant Luis Alcides Cruz was a Colombian national and citizen. He was a

Sergeant in the Army of the Republic of Colombia.

C. **Jurisdiction and Venue**

13. All events alleged in this Indictment took place within the Republic of Colombia, Republic of Ecuador, and the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

D. **The Conspiracy**

14. From a date unknown to the Grand Jury, but at least as early as February 13, 2003, and continuing thereafter through July 2, 2008, the FARC and **MARTIN SOMBRA** did knowingly and intentionally combine, confederate, conspire and agree with each other and with other conspirators, both known and unknown to the Grand Jury, to seize and detain and threaten to kill, injure and continue to detain United States nationals and other foreign nationals working in Colombia in order to compel third persons to do certain acts, namely, that the government of the Republic of Colombia exchange prisoners with the FARC and create a demilitarized zone for the FARC, as explicit and implicit conditions for the release of the United States nationals and other hostages.

(i) **Manner and Means of Effectuating the Conspiracy**

15. It was a part of the conspiracy that the FARC and **MARTIN SOMBRA** and other conspirators, both known and unknown to the Grand Jury:

    a. targeted American persons and companies in the Republic of Colombia;

    b. seized and detained hostages, including four American nationals;

    c. moved, concealed and marched the hostages, including United States nationals, to

        evade capture by the lawful authorities of the Republic of Colombia and to keep the hostages seized and detained;

d.     constructed barbed-wire cages in the jungle to keep and detain the hostages, including United States nationals, and used firearms and threats of violence to prevent the hostages from escaping;

e.     made public demands that the government of the Republic of Colombia create a demilitarized zone for the FARC and release hundreds of FARC members serving prison sentences in Colombia for crimes of murder, kidnaping, extortion, and other crimes of violence, as explicit conditions for the release of the hostages;

f.     prepared and published proof of life videos of the hostages;

g.     selected senior commanders of the organization to organize and train special FARC units to guard the hostages, and to represent the organization in hostage negotiations with the Colombian government;

h.     obtained false and fraudulent identification documents to facilitate the movement of FARC guerrillas involved in the hostage-taking enterprise.

**(ii) <u>Overt Acts</u>**

16.     In furtherance of the aforesaid conspiracy and to accomplish the objects thereof, the FARC and **MARTIN SOMBRA,** together with their other conspirators, whose identities are both known and unknown to the Grand Jury (hereinafter referred to as "other conspirators"), committed the following overt acts, among others, in the Republic of Colombia, the Republic of Ecuador, and elsewhere:

(a) On or about February 13, 2003, FARC members obtained permission from their commanders to attack a single-engine aircraft which contained four United States nationals and a Colombian national, while the plane was attempting an emergency landing near the town of Florencia, in the Republic of Colombia.

(b) On or about February 13, 2003, the FARC and other conspirators shot at the single-engine airplane using firearms.

(c) On or about February 13, 2003, the FARC and other conspirators seized all five occupants of the plane as hostages, including the four United States nationals, Thomas Howes, Keith Stansell, Marc Gonsalves and Thomas Janis, and the Colombian national, Sergeant Luis Alcides Cruz.

(d) On or about February 13, 2003, the FARC together with other conspirators, forced the five hostages away from the aircraft crash site using armed force and deadly force.

(e) On or about February 13, 2003, the FARC and other conspirators shot and killed American hostage Thomas Janis and Colombian hostage Sergeant Luis Alcides Cruz while they were in the custody of the FARC.

(f) From on about February 13, 2003, until on or about March 9, 2003, the FARC and other conspirators transported the remaining American hostages, Thomas Howes, Keith Stansell and Marc Gonsalves, to remote areas away from the crash site, using armed force and threat of force.

(g) On or about March 9, 2003, **MARTIN SOMBRA** and other conspirators under his command, took custody of the American hostages, Thomas Howes, Keith Stansell and Marc Gonsalves, and continued to hold them against their will under armed guard, at various sites in the Colombian jungle.

(h) Between on or about March 9, 2003 and continuing to at least November, 2004, **MARTIN SOMBRA** designed and supervised the construction of a large barbed-wire cage in which he held Thomas Howes, Keith Stansell and Marc Gonsalves and dozens of other Colombian hostages by force, and threat of force, in the jungle.

(i) Between on or about March 9, 2003 and continuing to at least November, 2004, **MARTIN SOMBRA** and other conspirators under his command used chains and wires to bind the necks and wrists of Thomas Howes, Keith Stansell and Marc Gonsalves to prevent their escape.

(j) Between on or about March 9, 2003 and continuing to at least November, 2004, **MARTIN SOMBRA** issued an order to FARC guards under his command to kill Thomas Howes, Keith Stansell and Marc Gonsalves and the other hostages in the event the Colombian military attempted to rescue them.

(k) Between on or about February 13, 2003, and July 2, 2008, the FARC repeatedly issued public communiques demanding that the government of the Republic of Colombia create a demilitarized zone and conduct an exchange of "prisoners" with the FARC as an explicit condition for the release of American hostages Thomas Howes, Keith Stansell, and Marc Gonsalves, and other hostages held by the FARC.

(l) On or about April 27, 2003, the FARC published a communique in which it named three senior FARC commanders, Carlos Antonio Lozada, Simon Trinidad and Domingo Bihojo, to represent the FARC in presenting its demands in negotiations it sought with the Colombian government for the release of hostages held by the FARC, including Thomas Howes, Keith Stansell and Marc Gonsalves.

(m) On or about July 25, 2003, **MARTIN SOMBRA** and other conspirators in the FARC ordered the American hostages, Thomas Howes, Keith Stansell and Marc Gonsalves, to participate in a videotaped interview to prove that the Americans were still alive and in the custody of the FARC. On the video, the FARC announced that the "three North American prisoners" will only be released by the FARC once the Colombian government agrees to release all FARC guerrillas in Colombian jails in a "prisoner exchange" to take place "in a large demilitarized area."

(n) Between on or about December 1, 2003 and January 2, 2004, conspirator Simon Trinidad traveled illegally from Colombia to Ecuador to obtain false identification, and to meet with a family member of a FARC hostage and other entities interested in discussing the FARC's demands for an exchange of "prisoners" and the creation of a demilitarized zone.

(o) Between on or about September, 2004 and November, 2004, **MARTIN SOMBRA** and other conspirators under his command, forced the hostages, including Thomas Howes, Keith Stansell and Marc Gonsalves, to march at gunpoint with heavy backpacks through the dense jungle for 40 days in order to prevent the Colombian police and military from rescuing the hostages.

(p) On or about November 4, 2004, **MARTIN SOMBRA** delivered Thomas Howes, Keith Stansell and Marc Gonsalves and other FARC hostages to a remote jungle location where they were transferred to other conspirators that continued to seize and detain the hostages until they were eventually rescued by the Colombian military on July 2, 2008.

(**Conspiracy to Commit Hostage Taking**, in violation of Title 18, United States Code, Section 1203(a))

## COUNTS TWO through FOUR

### HOSTAGE TAKING

1. Paragraphs 1 through 13 of Count One of this Indictment are hereby incorporated by reference as if fully realleged and restated. herein.

2. From on or about February 13, 2003, and continuing thereafter through July 2, 2008, the FARC and **MARTIN SOMBRA**, together with others whose identities are known and unknown to the Grand Jury, did knowingly and intentionally seize and detain and continue to detain the following United States nationals, identified below with the corresponding Count of this Indictment, in order to compel third persons to do certain acts, namely, that the government of the Republic of Colombia create a demilitarized zone and conduct a prisoner exchange as explicit and implicit conditions for the release of these United States nationals and other hostages.

   **COUNT TWO**: Thomas Howes

   **COUNT THREE**: Keith Stansell

   **COUNT FOUR**: Marc Gonsalves

(**Hostage Taking** and **Aiding and Abetting and Causing an Act to be Done,** in violation of Title 18, United State Code, Sections 1203(a) and 2)

## COUNT FIVE

### USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE

1. Paragraphs 1 through 13 of Count One of this Indictment are hereby incorporated by reference as if fully realleged and restated herein.

2.      On a date unknown to the Grand Jury but at least by March 9, 2003, and continuing through at least November, 2004, defendant **MARTIN SOMBRA** and others, known and unknown to the Grand Jury, knowingly used and carried firearms, that is, a military-type machine gun, during and in relation to a crime of violence for which each of them may be prosecuted in a court of the United States, that is hostage-taking, as set forth in Counts Two, Three and Four of this Indictment.

(**Using and Carrying a Firearm During a Crime of Violence** and **Aiding and Abetting and Causing an Act to be Done,** in violation of Title 18, United State Code, Sections 924(c) and 2)

## COUNT SIX

### PROVIDING MATERIAL SUPPORT TO TERRORISTS

1.      Paragraphs 1 through 13 of Count One of this Indictment are hereby incorporated by reference as if fully realleged and restated herein.

2.      On a date unknown to the Grand Jury but at least by March 9, 2003, and continuing through at least November, 2004, defendant **MARTIN SOMBRA** and others, known and unknown to the Grand Jury, did provide material support and resources to terrorists, as defined in Title 18, United States Code, Section 2339A(b), knowing and intending that the material support and resources be used in preparation for or in carrying out a violation of Title 18, United States Code, Section1203(a), hostage-taking and conspiracy to commit hostage-taking.

(**Providing Material Support to Terrorists**, in violation of Title 18, United States Code, Section 2339A)

## COUNT SEVEN

### PROVIDING MATERIAL SUPPORT OR RESOURCES TO DESIGNATED FOREIGN TERRORIST ORGANIZATION (REVOLUTIONARY ARMED FORCES OF COLOMBIA)

1. Paragraphs 1 through 13 of Count One of this Indictment are hereby incorporated by reference as if fully realleged and restated herein.

2. On a date unknown to the Grand Jury but at least by March 9, 2003, and continuing through at least November, 2004, defendant **MARTIN SOMBRA** did knowingly provide and attempt to provide material support and resources, that is, his own services, training, expert advice and assistance, facilities, personnel, and transportation, to a designated foreign terrorist organization, the FARC, knowing that the organization was designated as a terrorist organization, has engaged or engages in terrorist activity, and has engaged or engages in terrorism.

(**Providing Material Support or Resources to a Designated Foreign Terrorist Organization**, in violation of Title 18, United States Code, Section 2339B)

A TRUE BILL:

FOREPERSON

Attorney of the United States in
and for the District of Columbia